**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: CV-05-11041-NMG |
| DEFENDANT: Loosigian Farms, Inc. et al. | TYPE OF PROCESS: Summons + Complaint |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
c/o Jeannie P. Loosigian

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT  386 High Plain Road, Andover, MA 01810

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Nancy Rojas
U.S. Attorney's Office
Financial Litigation Unit
One Courthouse Way
Boston, MA 02210

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 1 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please make service of documents prior to August 17, 2005

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 617-748-3288
DATE: 5/18/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk: Nancy Talavera | Date: 5/19/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): ANN LOOSIGIAN  165 Shawsheen
☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 5/23/05   Time: 10:50 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 90.00 | 16.79 | — | 106.79 | | |

REMARKS:

| | | |
|---|---|---|
| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

LOOSIGIAN FARMS, INC.,
JOHN P. LOOSIGIAN,
GREGORY J. LOOSIGIAN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 11041 NMG**

TO: (Name and address of defendant)

LOOSIGIAN FARMS, INC.
c/o Jeanne P. Loosigian
386 High Plain Road
Andover, MA 01810

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher R. Donato
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(BY) DEPUTY CLERK

MAY 17 2005

DATE

This form was electronically produced by Elite Federal Forms, Inc.