UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>  v.<br><br>LOOSIGIAN FARMS, INC., JOHN P.<br> LOOSIGIAN, and GREGORY J.<br> LOOSIGIAN,<br>    Defendants. | )<br>)<br>)<br>) CASE NO. 05-11041-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE PLEAD**

NOW COME the defendants, by and through their attorneys, Devine, Millimet & Branch, P.A., and respectfully request that this Honorable Court extend the time to answer or otherwise plead until such time as either party requests that an answer or other responsive pleading be filed by a date certain and in support thereof states:

1. The United States of America brought this action against the defendants for monies owed as a result of several agricultural loans.

2. The defendants and the United States Attorney's Office are engaged in a dialog to hopefully foreclose the need for the present litigation.

3. Assistant United States Attorney, Nancy Rojas, has assented to this Motion.

WHEREFORE, the defendants respectfully request:

(a) that the Court extend the time for filing an answer or otherwise pleading in this matter; and

{A0864\00002\A0095507.1}

(b)  the Court grant whatever additional relief it deems equitable and just.

Respectfully submitted,

LOOSIGIAN FARMS, INC., JOHN P. LOOSIGIAN, GREGORY J. LOOSIGIAN,

By their attorneys,

_/s/George R. Moore_
George R. Moore, BBO# 656102
DEVINE, MILLIMET & BRANCH, P.A.
300 Brickstone Square, 9th Floor
P. O. Box 39
Andover, MA  01810
Telephone:  (978) 475-9100

ASSENTED TO:

UNITES STATES OF AMERICA,
By its attorneys,

MICHAEL J. SULLIVAN
United States Attorney

_/s/Nancy Rojas_
By:  Nancy Rojas, Esquire
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA  02210
Telephone:  (617) 748-3303

DATED:  July 25, 2005

## CERTIFICATE OF SERVICE

I, George R. Moore, Esquire, hereby certify that I have served the foregoing document on the plaintiff, by causing a copy hereof to be mailed, first-class mail, postage prepaid, to Nancy Rojas, Esquire, Assistant U.S. Attorney, One Courthouse Way, Suite 9200, Boston, MA  02210.

_/s/George R. Moore_
George R. Moore

{A0864\00002\A0095507.1}