UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| <u>United States of America</u><br>  Plaintiff<br><br>V.<br><br><u>Loosigian Farms, Inc.,</u><br><u>John P. Loosigian,</u><br><u>Gregory J. Loosigian</u><br>  Defendants | CIVIL ACTION<br><br>NO. <u>05-11041 NMG</u> |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>United States of America</u> for an order of Default for failure of the Defendant, <u>John P. Loosigian</u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>18th</u> day of <u>January 2006</u> .

SARAH A. THORNTON
CLERK OF COURT