UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| __United States of America__<br>            **Plaintiff**<br><br>         V.<br><br>__Loosigian Farms, Inc.,__<br>__John P. Loosigian,__<br>__Gregory J. Loosigian__<br>            **Defendants** | CIVIL ACTION<br><br>NO.  __05-11041 NMG__ |

### NOTICE OF DEFAULT

Upon application of the Plaintiff, __United States of America__ for an order of Default for failure of the Defendant, __Loosigian Farms, Inc.,__ , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __18th__ day of __January 2006__ .

SARAH A. THORNTON
CLERK OF COURT