UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America<br>                  Plaintiff<br><br>V.<br><br>Loosigian Farms, Inc.,<br>John P. Loosigian,<br>Gregory J. Loosigian<br>                  Defendants | CIVIL ACTION<br><br>NO.  05-11041 NMG |

### NOTICE OF DEFAULT

Upon application of the Plaintiff, United States of America  for an order of Default for failure of the Defendant, Gregory J. Loosigian , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 18th   day of  January 2006 .

SARAH A. THORNTON
CLERK OF COURT