

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*    *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

February 14, 2006

U.S. District Court
District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA 02210

     RE:    United States v. Loosigian Farms, Inc.,
                John P. Loosigian, and Gregory J. Loosigian
                Docket No. 1:05cv11041-NMG

Dear Clerk of Court:

     This letter is to inform the Court that the plaintiff and defendants are attempting to resolve this matter by way of an Agreement for Judgment.  The defendants have assented to a judgment.  The parties anticipate the filing of an Agreement for Judgment shortly hereafter.

     Thank you for your attention to this matter.

                                        Sincerely,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                           By:    /s/ Christopher R. Donato
                                        CHRISTOPHER R. DONATO
                                        Assistant U.S. Attorney
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA  02210