UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:05cv11041-NMG |
| | ) |
| LOOSIGIAN FARMS, INC., | ) |
| JOHN P. LOOSIGIAN, | ) |
| GREGORY J. LOOSIGIAN, | ) |
| | ) |
| Defendant. | ) |

## AGREEMENT FOR JUDGMENT

The plaintiff, the United States of America, and the defendants, Loosigian Farms, Inc., John P. Loosigian, and Gregory J. Loosigian (hereinafter "Loosigian Farms, Inc."), hereby agree to entry of judgment against Loosigian Farms, Inc. The plaintiff and the defendants consent to the following terms:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto.

2. The defendants hereby agrees to the entry of judgment in the sum of $748,188.46, which includes the principal amount of $537,211.62; plus $210,976.84 accrued interest through and including February 13, 2006. Hereinafter, interest will accrue at the legal post-judgment rate from the date of its entry to the date of its satisfaction.

3. This judgment shall be recorded among the records of the Circuit Court in the County of residence of the defendants, and all other jurisdictions where it is determined by the plaintiff that the defendants own real or personal property.

4. Upon entry of the judgment, the United States may take whatever action is necessary to perfect a lien on such judgment under federal and state law.

FOR THE PLAINTIFF:
Dated: 2/14/06

                      UNITED STATES OF AMERICA
                      By its attorneys

                      MICHAEL J. SULLIVAN
                      United States Attorney

By: _____
     CHRISTOPHER R. DONATO
     Assistant U.S. Attorney
     1 Courthouse Way, Suite 9200
     Boston, MA 02210

FOR THE DEFENDANT:
Dated:

     _____
     GEORGE R. MOORE
     Devine Millimet
     Andover, MA 01810

_____ President
LOOSIGIAN FARMS, INC.

_____
JOHN P. LOOSIGIAN

_____
GREGORY J. LOOSIGIAN